UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES, LLC,

                    Plaintiff(s)                    **Affidavit of Service**

-against-

                                                **Index No.**
CHET MINING CO, LLC AND CHET STOJANOVICH,      715579/2019

                    Defendant(s)

STATE OF NEW YORK    )
                                  )SS.:
COUNTY OF ALBANY     )

    **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

    On September 27, 2019, at 10:04 a.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, on Defendant, CHET MINING CO, LLC, by personally delivering to and leaving with Sue Zouky, a white female approximately 60 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue, Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty and 00/100 ($40.00) Dollars, pursuant to section 307 of the Business Corporation Law of the State of New York.

    That deponent, personally knew said Sue Zouky to be a Business Document Specialist, in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                                     Austin Taylor

Sworn before me this
27th day of September, 2019

_____
Notary Public - State of New York

Anne B. Stefanski
Notary Public, State of New York
No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022



RECEIVED
OCT 1 8 2019
E Stewart Jones Hacker Murphy LLP

## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:19-CV-07949    Date Filed: _____

Plaintiff:
**Ethereum Ventures, LLC**
vs.
Defendants:
**Chet Mining Co., LLC and Chet Stojanovich**

For: E. Stewart Jones Hacker Murphy, LLP

Received by A Plus Process Service, Inc. on the 3rd day of October, 2019 at 7:41 am to be served on **Chet Mining Co. LLC c/o: InCorp Services, Inc., 1910 Thomes Ave, Cheyenne, WY 82001.** I, _Greg Goodwine_, do hereby affirm that on the __3__ day of _October_, 20_19_ at _3:31_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Citizenship of Principal Parties (For Diversity Cases Only); Complaint;** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _Christy Stowe_ as _Office Assistant_.
( ) POSTING _____

( ) DESCRIPTION ) Age _28_ Sex _F_ Race _Hispanic_ Height _5'5_ Weight _170_ Hair _Black_ Glasses _No_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Notary: _[signature]_
Date: October 3, 2019

PROCESS SERVER # _____
Appointed in accordance with State Statutes

A Plus Process Service, Inc.
PO Box 582
Guilderland, NY 12084
(518) 470-6552

Our Job Serial Number: 2019007051


MARISSA MEDINA - NOTARY PUBLIC
County of Laramie    State of Wyoming
My Commission Expires April 3, 2021

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



RECEIVED
OCT 1 8 2019
E Stewart Jones Hacker Murphy LLP