AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Ethereum Ventures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-7949 (LLS) |
| Chet Mining Co LLC and Chet Stojanovich | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chet Mining Co LLC and Chet Stojanovich

Date: 12/04/2019

*Attorney's signature*

Edmund M. O'Toole   EO7939
*Printed name and bar number*

Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020

*Address*

EMO'Toole@venable.com

*E-mail address*

(212) 953-3388

*Telephone number*

(212) 218-2200

*FAX number*