UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CHET MINING CO LLC and CHET STOJANOVICH,<br><br>   Defendant. | No. 1:19-cv-7949 (LLS) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed by the attorneys for Plaintiff Ethereum Ventures, LLC ("Ethereum") and Defendants Chet Mining Co LLC and Chet Stojanovich (collectively, "Chet Mining") that Defendants be granted an extension of time up to and including December 23, 2019 to serve an answer or otherwise respond to Plaintiff's Complaint.

Counsel for Defendants agreed to accept service of the summons as of November 25, 2019, making December 16, 2019 the original due date for a response to the Complaint. The request for an extension is made because of schedule constraints during the holiday season. This is the first request for an extension of time.

1

Plaintiff and Defendants respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: ~~December 2, 2019~~ December 4, 2019

John F. Harwick, Esq.
STEWART JONES HACKER MURPHY LLP
28 Second Street
Troy, NY 12180
T: (518) 274-5820

*Counsel to Plaintiff*

Edmund M. O'Toole, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
T: (212) 307-5500

*Counsel to Defendants*

SO ORDERED on this ___ day of December 2019.

_____
The Honorable Louis L. Stanton
United States District Judge

2