```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/6/2c___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ETHEREUM VENTURES, LLC,

          Plaintiff,

      v.

CHET MINING CO LLC and CHET
STOJANOVICH,

          Defendants.

---

No. 1:19-cv-7949 (LLS)

### STIPULATION AND [PROPOSED] ORDER TO EXTEND
### TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the attorneys for Plaintiff Ethereum Ventures, LLC

("Ethereum") and Defendants Chet Mining Co LLC and Chet Stojanovich (collectively, "Chet Mining")

that Defendants be granted an extension of time up to and including January 6, 2020 to serve an answer or

otherwise respond to Plaintiff's Complaint.

Counsel for Defendants agreed to accept service of the summons as of November 25, 2019,

making December 16, 2019 the original due date for a response to the Complaint. On December 4, 2019,

counsel for Plaintiff and Defendants stipulated to an extension of time to respond to the Complaint to

December 23, 2019. The Court entered an order granting the extension of time on December 5, 2019.

This is the second request for an extension of time. Counsel for Defendants are seeking this additional

extension due to complications coordinating on a review of the draft response.

Plaintiff and Defendants respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: December 23, 2019

/s/ John F. Harwick

John F. Harwick, Esq.
STEWART JONES HACKER MURPHY LLP

*Counsel to Plaintiff*

/s/ Edmund M. O'Toole

Edmund M. O'Toole, Esq.
VENABLE LLP

*Counsel to Defendants*

SO ORDERED on this 6th day of ~~December 2019~~ January, 2020

Louis L. Stanton
The Honorable Louis L. Stanton
United States District Judge