UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHET MINING CO LLC and CHET STOJANOVICH,<br><br>                    Defendants. | No. 1:19-cv-7949 (LLS)<br><br>**DEFENDANT CHET MINING CO LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Chet Mining Co LLC, by and through its counsel, Venable LLP, hereby states, upon information and belief, that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        January 6, 2020

**VENABLE LLP**

By:  /s/ *Edmund M. O'Toole*
Edmund M. O'Toole
1270 Avenue of the Americas, 24th Floor
New York, NY  10020
Phone:         (212) 307-5500
Facsimile:     (212) 307-5598
EMO'Toole@Venable.com

*Attorneys for Defendants Chet Mining Co LLC and Chet Stojanovich*

1