UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ETHEREUM VENTURES, LLC,

                      Plaintiff,

       v.

CHET MINING CO LLC and CHET
STOJANOVICH,

                    Defendants.

------------------------------------------------------------x

Civil Action No.
1:19-cv-7949 (LLS)

**AFFIRMATION OF SERVICE**

      I, Laya Varanasi, an attorney duly authorized to practice in the State of New York and not a party to this action, do hereby affirm under the penalty of perjury that, on January 7, 2020, I served a service copy of the attached Venable LLP's Motion to Withdraw as Counsel of Record for Defendants Chet Mining Co LLC and Chet Stojanovich upon:

      Chet Stojanovich
      105 Duane Street
      New York, NY
      10007

at the address designated by said Defendants for that purpose, by causing the attached documents, enclosed in a postage-paid, properly addressed wrapper, to be deposited a depository under the exclusive care and custody of Federal Express within the State of New York.

Dated: New York, New York
       January 7, 2020

By: _____
Laya Varanasi
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020