UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ETHEREUM VENTURES, LLC,

                       Plaintiff,

      v.

CHET MINING CO LLC and CHET
STOJANOVICH,

                      Defendants.

-----------------------------------------------------------------x

Civil Action No.
1:19-cv-7949 (LLS)

**AFFIRMATION OF SERVICE**

     I, Laya Varanasi, an attorney duly authorized to practice in the State of New York and not a party to this action, do hereby affirm under the penalty of perjury that, on January 9, 2020, Chet Stojanovich sent me the attached email confirming receipt of a service copy of the Venable LLP's Motion to Withdraw as Counsel of Record for Defendants Chet Mining Co LLC and Chet Stojanovich (ECF No. 17).

Dated: New York, New York
        January 24, 2020

By: _____
Laya Varanasi
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020

**Varanasi, Laya**

| | |
|---|---|
| **From:** | Chet Stojanovich <chet@chetminingco.com> |
| **Sent:** | Thursday, January 9, 2020 1:51 AM |
| **To:** | Wilson, D. Edward Jr. |
| **Cc:** | O'Toole, Edmund M.; Varanasi, Laya |
| **Subject:** | Re: Court documents: Withdrawal of Representation, Answer, and Corporate Disclosure Statement |

Received, thank you. I got my deposit ready fyi. I heard from their lawyer that we had an issue,

Best Regards,

**Chet Stojanovich**
President & CEO

**Chet Mining, LLC**
26 Ottawa Avenue, Happy Valley-Goosebay
Newfoundland and Labrador A0P 1C0 Canada
**t:** 833.544.4826
**m:** 310.824.3903
**e:** chet@chetminingco.com
**Skype:** Chet.Stojanovich
**Telegram:** Chet11
To schedule a meeting: https://calendly.com/chet-7
www.chetminingco.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

On Tue, Jan 7, 2020 at 2:02 PM Wilson, D. Edward Jr. <dewilsonjr@venable.com> wrote:

> Chet,
>
> I am really sorry to have had to do this, but we have now filed to withdraw from our representation of you and Chet Mining.
>
> This document and others filed yesterday are attached below for your records.
>
> You will need to find other counsel.

1

We wish you well.

Ed

**Ed Wilson, Esq.** | **Venable LLP**
**t** 202.344.4819 | **f** 202.344.8300 | **m** 703.395.8807
600 Massachusetts Avenue, NW, Washington, DC 20001

dewilsonjr@venable.com | www.Venable.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>

**Date:** Monday, Jan 06, 2020, 7:11 PM

**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>

**Subject:** Activity in Case 1:19-cv-07949-LLS Ethereum Ventures, LLC v. Chet Mining Co, LLC et al Motion to Withdraw as Attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by O'Toole, Edmund on 1/6/2020 at 7:10 PM EST and filed on 1/6/2020

| | |
|---|---|
| **Case Name:** | Ethereum Ventures, LLC v. Chet Mining Co, LLC et al |
| **Case Number:** | 1:19-cv-07949-LLS |
| **Filer:** | Chet Mining Co, LLC |
| | Chet Stojanovich |
| **Document Number:** | 16 |

**Docket Text:**
**MOTION for Edmund M. O'Toole to Withdraw as Attorney . Document filed by Chet Mining Co, LLC, Chet Stojanovich.(O'Toole, Edmund)**

1:19-cv-07949-LLS Notice has been electronically mailed to:

Edmund M. O'Toole     emotoole@venable.com, nylitigationdocketing@venable.com

John Frederick Harwick     jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

1:19-cv-07949-LLS Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/6/2020] [FileNumber=23355217-0
] [435de8cab1f91062cfea2c6b08b949ecb29c3836b3bfb0d50fa0785dd4b5c2a3422
9e72796bbf803225f9161deaa16b8fd2866959b36f4e19b000555db15ab36]]

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>

**Date:** Monday, Jan 06, 2020, 7:08 PM

**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>

**Subject:** Activity in Case 1:19-cv-07949-LLS Ethereum Ventures, LLC v. Chet Mining Co, LLC et al Answer to Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by O'Toole, Edmund on 1/6/2020 at 7:07 PM EST and filed on 1/6/2020

**Case Name:**     Ethereum Ventures, LLC v. Chet Mining Co, LLC et al
**Case Number:**   1:19-cv-07949-LLS
**Filer:**         Chet Mining Co, LLC
                   Chet Stojanovich
**Document Number:** 15

**Docket Text:**
**ANSWER to [1] Complaint,. Document filed by Chet Mining Co, LLC, Chet Stojanovich.(O'Toole, Edmund)**

**1:19-cv-07949-LLS Notice has been electronically mailed to:**

Edmund M. O'Toole     emotoole@venable.com, nylitigationdocketing@venable.com

John Frederick Harwick     jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

**1:19-cv-07949-LLS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/6/2020] [FileNumber=23355193-0
] [743b0f12e9aaae688dc14b1c7654859ca25d3f9a1a475b5305617835ea106e7c795
0a00e4c5bb58ed9dc51c32395f26307370edb32632cdc0a824c04f274eca6]]

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>

**Date:** Monday, Jan 06, 2020, 7:05 PM

**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>

**Subject:** Activity in Case 1:19-cv-07949-LLS Ethereum Ventures, LLC v. Chet Mining Co, LLC et al Rule 7.1 Corporate Disclosure Statement

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To**

avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by O'Toole, Edmund on 1/6/2020 at 7:05 PM EST and filed on 1/6/2020

| | |
|---|---|
| **Case Name:** | Ethereum Ventures, LLC v. Chet Mining Co, LLC et al |
| **Case Number:** | 1:19-cv-07949-LLS |
| **Filer:** | Chet Mining Co, LLC |
| **Document Number:** | 14 |

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Chet Mining Co, LLC.(O'Toole, Edmund)**

**1:19-cv-07949-LLS Notice has been electronically mailed to:**

Edmund M. O'Toole     emotoole@venable.com, nylitigationdocketing@venable.com

John Frederick Harwick     jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

**1:19-cv-07949-LLS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/6/2020] [FileNumber=23355181-0
] [b48335ffab4297fb5903c4d4d4dff0bbdb556006b2b30cfb4d10f6cedc5cc867edc
d6f5cc940438636716e9e004301a69d56a93e21ffc7643522eb57da1fc3b5]]

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************