UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CHET MINING CO LLC and CHET STOJANOVICH,<br><br>      Defendants. | No. 1:19-cv-7949 (LLS)<br><br>**PLAINTIFF ETHEREUM VENTURES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Plaintiff Ethereum Ventures, LLC, by and through its counsel, E. Stewart Jones Hacker Murphy LLP, hereby states, upon information and belief, that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Troy, New York
   March 5, 2020

E. STEWART JONES HACKER
   MURPHY LLP

By: _____
John F. Harwick, Esq.  Bar Roll # JH5253
28 Second Street, Troy NY  12180
Phone:  (518) 274-5820
Facsimile: (518) 274-5875
jharwick@joneshacker.com

1