```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
     ETHEREUM VENTURES, LLC,

                    Plaintiff,           19 Civ. 7949 (LLS)

          - against -                    ORDER

     CHET MINING CO, LLC and CHET
     STOJANOVICH

                    Defendant.
- - - - - - - - - - - - - - - - - - -X
```

Sufficient cause appearing, the conference scheduled for Friday, March 20, 2020 at 2:30 PM is adjourned sine die. In lieu of personal appearances, counsel shall, jointly or separately, write the Court (a) defining the issues as perceived by counsel, (b) defining any problems in the case administration which they anticipate, and their suggestion for resolution of them, (c) defining any difficulties related to discovery and assessing their urgency, (d) setting forth, in brief, the gist of the evidence they expect to present with regard to the merits of the case, and (e) setting forth an agreed proposed schedule for the proceedings between now and trial. When circumstances permit, the Court will reschedule the conference with due attention to counsels' convenience.

So ordered.

Dated: New York, New York
       March 17, 2020

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.