```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/20
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -
ETHEREUM VENTURES, LLC,
                Plaintiff,            ORDER PURSUANT TO RULE 16(b)
            v.

CHET MINING CO., LLC and              19 Civ. 7949(LLS)
CHET STOJANOVICH
                Defendants,

- - - - - - - - - - - - - - - - -X
```

Since the conditions prevailing in the Covid-19 pandemic, including the temporary closing of the Courthouse, make unavailable the holding of the personal conference contemplated by Fed. R. Civ. P. 16(b), in lieu thereof the attorney for each party, and any unrepresented party acting pro se is ordered to submit to the Court, on or before Friday May 22, 2020 that party's proposed Scheduling Order, previously signed by that counsel or pro se litigant, containing the following:

(1) a concise statement of the issues as they then appear;

(2) a schedule including:

  (a) the names of persons to be deposed and a schedule of planned depositions;

  (b) a schedule for the production of documents;

  (C) dates by which (i) each expert's reports* will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

  (d) time when discovery is to be completed;

---

*The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

  (e) the date by which plaintiff will supply his pre-trial order materials to defendant;

  (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

  (g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court;

(3) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(4) a statement of those discovery issues, if any, on which the parties, after a good faith effort, were unable to reach an agreement;

(5) anticipated fields of expert testimony, if any;

(6) anticipated length of trial and whether to court or jury;

(7) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the submission of the proposed Order, or when justice so requires;

  (8) names, address, phone numbers and signatures of counsel and each _pro se_ litigant; and

(9) provision for approval of the court and signature line for the court.

  Plaintiff is directed forthwith to notify defendants of the contents of this order, and send a copy of the notification to my chambers.

Dated: April 29, 2020
    New York, New York

              _Louis L. Stanton_
              LOUIS L. STANTON
               U. S. D. J.