# MorrisonCohen LLP

Jason Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

April 24, 2020



RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

APR 30 2020

UNITED STATES DISTRICT JUDGE

**BY US MAIL**

Hon. Louis S. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Ethereum Ventures, LLC v. Chet Mining Co, LLC and Chet Stojanovich*,
       No. 190-cv-7949 (LLS)

Dear Judge Stanton:

As the Court will recall, on March 6, 2020, Mr. Christopher Pendleton of this firm appeared informally for the defendants in this above-captioned case. As Mr. Pendleton informed the Court at that conference, this firm had not yet been retained, and we asked for time to formalize that engagement.

We write regretfully to inform you that we were not able to formalize our retention, and as a result, we will not be appearing as counsel for defendants in this case.

Without waiver of any privilege, we have sent Mr. Stojanovich this letter prior to its submission, and made Mr. Stojanovich aware that corporate entities (such as one of the defendants in this case) cannot appear *pro se* in this Court.

We appreciate the Court's attention and patience, and we look forward to appearing before Your Honor in future matters.

Respectfully submitted,

Jason Gottlieb

cc (via email):

Chet Stojanovich (defendant and representative of corporate defendant)
John F. Harwick (counsel for plaintiff)

909 Third Avenue, New York, NY 10022-4784  •  p:212.735.8600  •  f:212.735.8708  •  www.morrisoncohen.com