**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

PLEASE REPLY TO:
TROY OFFICE

May 19, 2020

**VIA E-MAILTO: chet@chetmining.com & FEDERAL EXPRESS**
Chet Stojanovich
Chet Mining Co., LLC
105 Duane Street, Apt. 20F
New York, New York 10007

    Re:    Ethereum Ventures, LLC v. Chet Mining Co., LLC, et al.
            Case No.:    1:19-cv-07949-LLS
            Our File No.:  8461.009

Dear Mr. Stojanovich,

As you are aware our firm represents the plaintiff in the above referenced matter.

Enclosed please find Justice Stanton's Order pursuant to Rule 16(b) that you are required to comply with.

Failure to comply may result in plaintiff moving for default against you and your company.

Very truly yours,

E. STEWART JONES HACKER MURPHY, LLP

*s/ John F. Harwick, Esq./dmd*
John F. Harwick
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:dmd
Enclosure

cc:    Justice Stanton (via ECF filing)
       Client

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
ETHEREUM VENTURES, LLC,
            Plaintiff,        ORDER PURSUANT TO RULE 16(b)
    v.

CHET MINING CO., LLC and        19 Civ. 7949(LLS)
CHET STOJANOVICH
            Defendants,

- - - - - - - - - - - - - - - - - -X

    Since the conditions prevailing in the Covid-19 pandemic, including the temporary closing of the Courthouse, make unavailable the holding of the personal conference contemplated by Fed. R. Civ. P. 16(b), in lieu thereof the attorney for each party, and any unrepresented party acting *pro se* is ordered to submit to the Court, on or before Friday May 22, 2020 that party's proposed Scheduling Order, previously signed by that counsel or *pro se* litigant, containing the following:

(1)   a concise statement of the issues as they then appear;

(2)   a schedule including:

    (a)   the names of persons to be deposed and a schedule of planned depositions;

    (b)   a schedule for the production of documents;

    (C)   dates by which (i) each expert's reports[*] will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

    (d)   time when discovery is to be completed;

---

[*] The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

  (e) the date by which plaintiff will supply his pre-trial order materials to defendant;

  (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

  (g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court;

(3) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(4) a statement of those discovery issues, if any, on which the parties, after a good faith effort, were unable to reach an agreement;

(5) anticipated fields of expert testimony, if any;

(6) anticipated length of trial and whether to court or jury;

(7) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the submission of the proposed Order, or when justice so requires;

  (8) names, address, phone numbers and signatures of counsel and each *pro se* litigant; and

(9) provision for approval of the court and signature line for the court.

  Plaintiff is directed forthwith to notify defendants of the contents of this order, and send a copy of the notification to my chambers.

Dated: April 29, 2020
    New York, New York

            _____
            LOUIS L. STANTON
            U. S. D. J.

2