UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ETHEREUM VENTURES, LLC,

                       Plaintiff,        **AFFIDAVIT OF SERVICE**

  -against-                            Case No.: 19 Civ. 7949(LLS)

CHET MINING CO., LLC and
CHET STOJANOVICH,

                      Defendants.

---

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF ALBANY    )

Deanna M. Dudley, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 19th day of May, 2020, she served the within **LETTER ENCLOSING JUDGE STANON'S ORDER PURSUANT TO RULE 16(b)** upon the following:

TO:    Chet Stojanovich
         Chet Mining Co., LLC
         105 Duane Street, Apt. 20F
         New York, New York 10007

by depositing a true and correct copy of the same via e-mail to: chet@chetmining.com and Federal Express (Tracking # 770495119074) maintained and exclusively controlled by the United States at Troy, New York directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                       Deanna M. Dudley

Sworn to before me this
19th day of May, 2020.

_____
Notary Public - State of New York

SILVIA C. FEBUS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01-FE4943667
QUALIFIED IN SCHENECTADY COUNTY
MY COMMISSION EXPIRES OCT. 31, 20 22