

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

May 20, 2020

**VIA ECF FILING**
Hon. Louis L. Stanton, U.S.D.J.
United States Southern District Court

   Re: Ethereum Ventures, LLC v. Chet Mining Co., LLC, et al.
      Case No.: 1:19-cv-07949-LLS
      Our File No.: 8461.009

Dear Judge Stanton,

Please be advised that this firm represents the plaintiff in the above referenced case.

I have made several attempts to contact the pro se defendants to no avail.

LEGAL ISSUES: Plaintiff alleges defendants committed fraud by failing to deliver promised and paid for computer equipment. It is also plaintiff's position that Chet Mining Co., LLC cannot proceed in this matter *pro se* as it is a business entity and its answer should be stricken *sua sponte*.

2. Plaintiff proposes the following scheduling order:

  a. Plaintiff will depose Chet Stojanovich within 90 days (on or before August 20, 2020);
  b. Production of relevant documents to take place within 60 days (on or before July 20, 2020);
  c. The plaintiff does not anticipate any expert testimony;
  d. Discovery to be completed within 120 days (on or before September 18, 2020);
  e. Pre-Trial materials to be provided by plaintiff to defendants by September 18, 2020;
  f. Pre-Trial Order submitted by October 9, 2020; and
  g. Final pre-trial conference to be held on _____, 2020 at _____ p.m. (Plaintiff requests that the conference be held in the afternoon as counsel will be traveling from Albany, New York).

3. DISCOVERY LIMITATIONS: None, except that plaintiff request that depositions be completed by videoconference.

4. DISCOVERY DISPUTES: None but despite attempts, plaintiff's counsel has not been able to confer with Chet Stojanovich to reach an agreement.

5. EXPERTS: None.

6. TRIAL: Plaintiff anticipates the trial will day approximately 3 days.



28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

May 20, 2020
Page: 2

7. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the submission of the proposed Order or when justice so requires.

8. The defendants' contact info is as follows: Chet Stojanovich, 105 Duane Street, Apt. 20F, New York, New York 10007; e-mail: chet@chetmining.com; phone number (310) 824-3903.

John F. Harwick, Esq.
E. STEWART JONES HACKER MURPHY LLP
28 Second Street
Troy, New York 12180
Tel. No.: (518) 213-0113
E-Mail: jharwick@joneshacker.com

Chet Stojanovich, *Pro Se*
Chet Mining Co., LLC
105 Duane Street, Apt. 20F
New York, New York 10007
Tel. No.: (310) 824-3903

**SO ORDERED on** _____.

_____
Hon. Louis L. Stanton

cc:   Chet Stojanovich *(via e-mail & ECF Filing)*
      Client