UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>CHET MINING CO LLC and CHET STOJANOVICH,<br><br>        Defendants. | Case No. 19-cv-7949 (LLS) |

### NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for defendants Chet Mining Co., LLC, and Chet Stojanovich, in the above-captioned action, and demands that all notices and other papers in this action be served at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    October 5, 2020

                    Respectfully submitted,

                    MORRISON COHEN LLP

                    */s/ Jason P. Gottlieb*
                    Jason P. Gottlieb
                    909 Third Avenue
                    New York, NY 10022
                    Tel: (212) 735-8600
                    jgottlieb@morrisoncohen.com
                    *Attorneys for Defendants Chet Mining Co., LLC and Chet Stojanovich*