UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC, | Case No. 19-cv-7949 (LLS) |
| Plaintiff, | |
| vs. | |
| CHET MINING CO LLC and CHET STOJANOVICH, | |
| Defendants. | |

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for defendants Chet Mining Co., LLC and Chet Stojanovich, in the above-captioned action, and demands that all notices and other papers in this action be served at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 5, 2020

Respectfully submitted,

MORRISON COHEN LLP

*/s/ Tanisha L. Massie*
Tanisha L. Massie
909 Third Avenue
New York, New York 10022
Tel: (212) 735-8600
tmassie@morrisoncohen.com
*Attorneys for Defendants Chet Mining Co., LLC and Chet Stojanovich*