UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES, LLC,

               Plaintiff,

  -against-

CHET MINING CO LLC and CHET STOJANOVICH,

               Defendants.

Case No. 19-cv-7949 (LLS)

### NOTICE OF MOTION BY MORRISON COHEN LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jason P. Gottlieb, executed on January 15, 2021, Morrison Cohen LLP hereby moves the Court for an Order pursuant to Local Civil Rule 1.4, granting its withdrawal as counsel of record for the defendants in the above-referenced action, and for such other relief as the Court deems proper.

Dated: New York, New York
       January 15, 2021

Respectfully submitted,

MORRISON COHEN LLP

By: */s/ Jason P. Gottlieb*
    Jason P. Gottlieb
    Tanisha L. Massie
909 Third Avenue
New York, New York 10022
Tel.: (212) 735-8600
jgottlieb@morrisoncohen.com
tmassie@morrisoncohen.com
*Attorneys for Defendants*

To:   John F. Harwick (via ECF)
      E. STEWART JONES HACKER MURPHY, LLP
      200 Harborside Drive, Suite 300
      Schenectady, New York 12305
      *Attorneys for Plaintiff*

#9994996 v4 \028712 \0001