# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEREUM VENTURES, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHET MINING CO LLC and CHET STOJANOVICH, <br><br> Defendants. | Case No. 19-cv-7949 (LLS) <br><br> **ORDER GRANTING MORRISON COHEN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

**WHEREAS,** upon consideration of the motion of Morrison Cohen LLP to withdraw as counsel of record for the defendants in the above-captioned action (the "Motion") pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York; and due and proper notice of the Motion having been provided to the defendants; and it appearing that no other or further notice need be provided; and the Court having found and determined that satisfactory reasons have been shown to justify the relief sought in the Motion; and after due deliberation,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, and Morrison Cohen LLP's withdrawal as counsel of record to the defendants in this action is hereby authorized;

2. Morrison Cohen LLP's withdrawal as counsel of record shall be effective as of the entry of this Order on the docket; and

3. No deadline is being imposed upon defendants by this Order to enter the appearance of successor counsel.

Dated: New York, New York
       January __, 2021

_____
The Honorable Louis L. Stanton
United States District Judge

#9994996 v4 \028712 \0001