## CERTIFICATE OF SERVICE

      I, Tanisha L. Massie, hereby verify that, on January 15, 2021, I caused a copy of the within Notice of Motion by Morrison Cohen LLP to Withdraw as Counsel of Record for Defendants, the supporting Declaration of Jason P. Gottlieb in Support of Morrison Cohen LLP'S Motion to Withdraw as Counsel of Record for Defendants and the accompanying Proposed Order to be served by Federal Express upon the following:

      Chet Mining Co, LLC
      c/o Chet Stojanovich
      325 North End Avenue, #23C
      New York, New York 10282

      Chet Mining Co, LLC
      c/o Chet Stojanovich
      105 Duane Street, #20F
      New York, New York, 10007

      Chet Stojanovich
      325 North End Avenue #23C
      New York, New York 10282

      Chet Stojanovich
      105 Duane Street, #20F
      New York, New York, 10007

      */s/ Tanisha L. Massie*
      Tanisha L. Massie

#9994996 v4 \028712 \0001