~~PROPOSED~~ ORDER

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 1/22/21 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES, LLC,

           Plaintiff,

-against-

CHET MINING CO LLC and CHET STOJANOVICH,

           Defendants.

Case No. 19-cv-7949 (LLS)

**ORDER GRANTING MORRISON COHEN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

**WHEREAS,** upon consideration of the motion of Morrison Cohen LLP to withdraw as counsel of record for the defendants in the above-captioned action (the "Motion") pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York; and due and proper notice of the Motion having been provided to the defendants; and it appearing that no other or further notice need be provided; and the Court having found and determined that satisfactory reasons have been shown to justify the relief sought in the Motion *to the extent stated below,* and after due deliberation,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, and Morrison Cohen LLP's withdrawal as counsel of record to the defendants in this action is hereby authorized;

2. Morrison Cohen LLP's withdrawal as counsel of record shall be effective as of the ~~entry of this Order on the docket; and~~ *date that incoming* counsel appears on behalf of Chet Mining Co. LLC, it being unable to litigate except through counsel;

*LLS*
*1/22/21*

#9994996 v4 \028712 \0001

3. ~~No deadline is being imposed~~ If ~~upon~~ defendants have not entered ~~by this Order to enter~~ the appearance of successor counsel, within sixty days from the date hereof, plaintiff may seek leave to move for a judgment by default.

Dated: New York, New York
January 22, 2021

_____
Louis L. Stanton
The Honorable Louis L. Stanton
United States District Judge

2