

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

April 21, 2021

**VIA ECF FILING**
Hon. Louis L. Stanton, U.S.D.J.
United States Southern District Court

  Re: Ethereum Ventures, LLC v. Chet Mining Co., LLC, et al.
    Case No.: 1:19-cv-07949-LLS
    Our File No.: 8461.009

Dear Judge Stanton,

Please be advise that this firm represents the plaintiff in the above referenced Bitcoin fraud case.

The defendant has had counsel appear and withdrawn for the second time in this case.

I respectfully request that the Court schedule a Microsoft Teams or telephone conference with Mr. Stojanovich present to reset the discovery deadlines in this case.

I note that plaintiff has responded to the defendant's demands but responses to plaintiff's demands remain outstanding.

We are also seeking to depose Mr. Stojanovich.

Very truly yours,

E. STEWART JONES HACKER MURPHY, LLP

*/s/ John F. Harwick, Esq.*
John F. Harwick
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:dmd

cc: Chet Stojanovich *(via e-mail & ECF Filing)*
   Client