ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------X
ETHEREUM VENTURES, LLC,

                Plaintiff,      19 Civ. 7949 (LLS)

      - against -            ORDER

CHET MINING CO, LLC, and CHET
STOJANOVICH,

                Defendants.
-------------------X

    1.    It appearing that by order dated October 7, 2020 dates were set for discovery requests and document production by November 30, for depositions and the close of fact discovery by December 31, 2020, and expert discovery (if necessary) by January 31, 2021; and there being no evidence of the completion of any of those proceedings; and

    2.    This Court having ordered on January 22, 2021 that if defendants have not entered the appearance of successor counsel within 60 days from that date (i.e. March 23) plaintiff may seek leave to move for a judgment by default; and there being no record of any such appearance or motion, it is ORDERED that

    3.    This case will be dismissed for lack of prosecution on Monday, June 7, 2021 unless steps are taken to obtain judgment by default or to prosecute it before that time, and the Court is fully advised of plaintiff's program for conducting an orderly prosecution thereafter.

    So ordered.

Dated: New York, New York
       May 5, 2021

                                        Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.