UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ETHEREUM VENTURES LLC,

                         Plaintiff.

        against-

CHET MINING CO LLC and CHET
STOJANOVICH,

                     Defendants.

_____

**NOTICE OF APPEARANCE**

Case No.:  1:19-cv-7949 (LLS)

       **BENJAMIN F. NEIDL**, hereby gives notice of his appearance in this action as one of the

attorneys for the plaintiff.

Dated:  May 24, 2021
       Schenectady, New York

                       **E. STEWART JONES HACKER MURPHY LLP**

By:

                       Benjamin F. Neidl
                       **SDNY Bar No: BN5818**
                       *Attorneys for the Plaintiff*
                       200 Harborside Drive, Suite 300
                       Schenectady, N.Y.  12305
                       Tel. No.:  (518) 274-5820