UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ETHEREUM VENTURES LLC,

                              Plaintiff.                     **CLERK'S CERTIFICATE OF DEFAULT**

     against-

                                                                    Case No.:  1:19-cv-7949 (LLS)

CHET MINING CO LLC and CHET
STOJANOVICH,

                              Defendants.
_____

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 26, 2019 with the filing of summonses and a complaint, a copy of the summonses and complaint were served on defendants Chet Mining Co. LLC and Chet Stojanovich through the defendants' counsel on November 25, 2019 pursuant to a stipulation so-ordered by the Court on December 5, 2019 (ECF Doc. #11), the defendants filed an answer on January 6, 2020 (ECF Doc. #15), but thereafter the Court granted motions by the defendants' attorneys to withdraw as counsel (ECF Doc. #19 and #37), and in an Order dated January 22, 2021 the Court ordered that if defendants have not entered an appearance of successor counsel within 60 days thereof, the plaintiff may seek a judgment by default.  I further certify that the docket entries indicate that the defendants have not entered the appearance of successor counsel since the Court's January 22, 2021 Order.  The default of the defendants is hereby noted.

Dated: New York, New York
            _____, 2021

                                                     RUBY J. KRAJICK
                                                     Clerk of Court

                                    By:   _____
                                                Deputy Clerk