UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES LLC,

                Plaintiff,

  -against-

CHET MINING CO LLC and CHET STOJANOVICH,

                Defendants.

**NOTICE OF MOTION TO DISMISS**

Civ. Action No.: 1:19-cv-7949 (LLS)

**PLEASE TAKE NOTICE**, that the plaintiff ETHEREUM VENTURES LLC, by and through its undersigned attorney, will move this Court for an Order granting the relief described below, at the time and place set forth below:

| | |
|---|---|
| Moving Party: | Plaintiff Ethereum Ventures LLC |
| Motion Directed To: | Defendants Chet Mining Co. LLC and Chet Stojanovich |
| Relief Sought: | Default judgment against defendants Chet Mining Co. LLC and Chet Stojanovich, jointly and severally, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and SDNY Local Rule 55.2. |
| Supporting Papers: | The papers offered in support of the motion are: (i) the Attorney Affirmation of Benjamin F. Neidl dated June 4, 2021; (ii) the Declaration of JohnPaul Baric executed June 4, 2021; (iii) the plaintiff's Statement of Damages; and (iv) the plaintiff's proposed Default Judgment. |

**PLEASE TAKE FURTHER NOTICE**, that pursuant to SDNY Local Rule 6.1(a) and Rule 6 of the Federal Rules of Civil Procedure, inasmuch as service of this motion is being made upon the defendants by First Class Mail, the defendants' papers in opposition to the motion, if any must be served upon the undersigned attorney and filed with the Court no less than seventeen (17) days from the date of this motion (by June 21, 2021).

1

Dated:  Schenectady, New York
      June 4, 2021

                        Respectfully submitted,

                        E. STEWART JONES HACKER MURPHY LLP

                        */s/ Benjamin F. Neidl*
                        By:    Benjamin F. Neidl
                        BAR ROLL: BN5818
                        *Attorneys for the Plaintiff*
                        200 Harborside Drive, Suite 300
                        Schenectady, N.Y.  12305
                        (518)274-5820