# Exhibit 5

ORIGINAL Case 1:19-cv-07949-LLS   Document 39   Filed 05/05/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

ETHEREUM VENTURES, LLC,

                              Plaintiff,          19 Civ. 7949 (LLS)

          - against -                             ORDER

CHET MINING CO, LLC, and CHET
STOJANOVICH,

                              Defendants.
- - - - - - - - - - - - - - - - - - -X

     1.   It appearing that by order dated October 7, 2020 dates
were set for discovery requests and document production by
November 30, for depositions and the close of fact discovery by
December 31, 2020, and expert discovery (if necessary) by
January 31, 2021; and there being no evidence of the completion
of any of those proceedings; and

     2.   This Court having ordered on January 22, 2021 that if
defendants have not entered the appearance of successor counsel
within 60 days from that date (i.e. March 23) plaintiff may seek
leave to move for a judgment by default; and there being no
record of any such appearance or motion, it is ORDERED that

     3.   This case will be dismissed for lack of prosecution on
Monday, June 7, 2021 unless steps are taken to obtain judgment
by default or to prosecute it before that time, and the Court is
fully advised of plaintiff's program for conducting an orderly
prosecution thereafter.

     So ordered.

Dated:  New York, New York          Louis L. Stanton
        May 5, 2021                 LOUIS L. STANTON
                                    U.S.D.J.