# Exhibit A



Wire Transfer of Funds Notice

**Outgoing Domestic Wire**

Depository Account

**XXXXXXXXXXXXX0001**

ETHEREUM VENTURES LLC
270 CORNERSTONE DR STE 101
CARY, NC  27519-8400

| | |
|---|---|
| Processing Date: | 4/24/2019 |
| Time: | 2:14PM |

The Following Information Was Sent For: Regular Transfer of Funds

Originator:  ID#:  XXXXXXXXXXXXX0001
ETHEREUM VENTURES LLC-
JOHNPAUL BARIC
270 CORNERSTONE DR STE 101
CARY, NC  27519-8400

Beneficiary:  ID#:  XXXXXXXXXXXXX0560
Chet Mining LLC
50 West Street Suite 29A
NEW YORK, NY  10006

| | |
|---|---|
| Wire Amount: | $100,000.00 |
| Wire Fee: | $15.00 |
| Total: | $100,015.00 |

Wire Charged To: XXXXXXXXXXXXX0001
Fees Charged To: XXXXXXXXXXXXX0001

IMAD:  ████████████████0024

Additional Wire Information:

Reference:████████  Originator to Ben: Reference: #1002  Receiving Bank: 0210-0002-1 JPMORGAN CHASE BANK, NA  Branch: 111

1           Auth    BMORGAN01  Src:  FEDLINE           Verified By: SPETERSON01Ref #:      52