# Exhibit B



# CHET MINING CO LLC

The future of Crypto Mining and Miners

# Invoice

# 1002

**Balance Due**

**$73,280.00**

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮933
EIN ▮▮▮▮▮▮▮

Bill To
**Ethereum Venture LLC**
85 Broadway, 29th Floor, New York, NY 10006
Miningstore
6316C J Richard Dr
Raleigh, NC 27617
New York
10006 New York
U.S.A

| Invoice Date : | 24 Apr 2019 |
| Terms : | Due on Receipt |
| Due Date : | 24 Apr 2019 |
| P.O.# : | OR1-1 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Antminer S9 Miners<br>Asurion/SquareTrade 399-499 | 912.00<br>box | 6.99 | 6,374.88 |
| 2 | Discoount refunded<br>DOA 45 Days | 1.00<br>912 | -6,374.88 | -6,374.88 |
| 3 | Discoount refunded<br>Shipping tax TN<br>8664.00 included not due. | 1.00<br>912 | -9,269.61 | -9,269.61 |

| # | Task & Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4 | S9i/j 13.5 -14.5 OC Capable 190 Per Unit taxes are 5% Tarrif CA plus 9.484375% NYC, New York Sales Tax. | 912.00 | 190.00 | 173,280.00 |

|  |  |
|---|---|
| Sub Total | 164,010.39 |
| Shipping TN (9.5%) | 605.61 |
| Canadian Tariff (5%) | 8,664.00 |
| **Total** | **$173,280.00** |

1

|  |  |
|---|---|
| Payment Made | (-) 100,000.00 |
| **Balance Due** | **$73,280.00** |

## Notes

Looking forward to our business, and your tax refund after st120 fill out, UPC

## Terms & Conditions

25992.00 CCANtainers Taxes minus tax refund