# Exhibit C



## Chet Mining LLC

50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮▮933
EIN ▮▮▮▮▮▮▮▮

## PAYMENT RECEIPT

| | | |
|---|---|---|
| Payment Date | **26 Apr 2019** | Amount Received |
| Reference Number | | **$100,000.00** |
| Payment Mode | **Bank Transfer** | |

**Bill To**

**Ethereum Venture LLC**
85 Broadway, 29th Floor, New York, NY 10006
Miningstore
6316C J Richard Dr
Raleigh, NC 27617
New York
10006 New York
U.S.A

EV000129

1

## Payment for

| Invoice Number | Invoice Date | Invoice Amount | Payment Amount |
| --- | --- | --- | --- |
| 1002 | 24 Apr 2019 | $173,280.00 | $100,000.00 |

EV000130