# Exhibit F

Sponsored Content



Explorer  ›  **B**  Bitcoin Explorer  ▾  ›  Address

🔍 Search your transaction, an address or a block

USD ▾

# Address ⓘ

| USD | BTC |

This address has transacted 2 times on the Bitcoin blockchain. It has received a total of 5.69000000 BTC ($211,388.11) and has sent a total of 5.69000000 BTC ($211,388.11). The current value of this address is 0.00000000 BTC ($0.00).



| Address | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇KBNF 📋 |
|---|---|
| Format | **BASE58 (P2SH)** |
| Transactions | 2 |
| Total Received | 5.69000000 BTC |
| Total Sent | 5.69000000 BTC |



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK

# Transactions ⓘ



| | |
|---|---|
| Hash | ████████████████████████████████████████b2bd |
| Date | 2019-05-11 01:27 |
| From | █████████████████████████KBNF<br>5.69000000 BTC 🌐 |
| To | ██████████████████████<br>0.94800000 BTC 🔴<br>████████████████████████<br>4.74181561 BTC 🔴 |
| Fee | 0.00018439 BTC<br>(74.955 sat/B - 28.065 sat/WU - 246 bytes)<br>(111.752 sat/vByte - 165 virtual bytes) |
| Amount | -5.69000000 BTC |

| | |
|---|---|
| Hash | ████████████████████████████████████████2c4f |
| Date | 2019-05-10 23:58 |
| From | ████████████████████████89I2<br>9.16993556 BTC 🌐 |
| To | ███████████████████████CF3A<br>0.22479679 BTC 🟢<br>██████████████████████<br>5.69000000 BTC 🔴<br>████████████████████h89I2<br>3.25494563 BTC 🔴 |
| Fee | 0.00019314 BTC<br>(75.741 sat/B - 27.870 sat/WU - 255 bytes)<br>(111.000 sat/vByte - 174 virtual bytes) |
| Amount | +5.6900000 |

We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK

Address 3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF | Blockchain Explorer

# You've thought about it, now it's time.

Create a Wallet. Sign up for the Exchange. Buy Bitcoin in minutes.

## Get Started

| Twitter | Instagram | Medium |
|---------|-----------|--------|

| **Products** | **Resources** | **About** |
|--------------|---------------|-----------|
| Wallet | APIs | Team |
| Exchange | Status | Careers   HIRING |
| Learn | Open Source | Press |
| Explorer | Research | Prime |
| Markets | Privacy | Ventures |
| Prices | Support | Institutional |
| Charts | Blog | |

 English

Blockchain     NMLS ID: 2024031



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK

1.23.10



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK