UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ETHEREUM VENTURES LLC,

                    Plaintiff.

    against-

CHET MINING CO LLC and CHET STOJANOVICH,

                    Defendants.
_____

**STATEMENT OF DAMAGES**

Case No.: 1:19-cv-7949 (LLS)

| | |
|---|---:|
| Principal amount sued for | $179,580.00 |
| Interest at 9% from August 26, 2019 through June 4, 2021 | $28,693.44 |
| Total (as of June 4, 201) | **$208,273.44** |

Dated: June 4, 2021  
      Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _/s/ Benjamin F. Neidl_  
Benjamin F. Neidl  
**SDNY Bar No: BN5818**  
*Attorneys for the Plaintiff*  
28 Second Street  
Troy, New York  12110  
Tel. No.: (518) 274-5820

1