UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES LLC,

        Plaintiff.

  against-

CHET MINING CO LLC and CHET STOJANOVICH,

        Defendants.

**DEFAULT JUDGMENT**

Civ. Action No.: Civ. Action No.:
1:19-cv-7949 (LLS)

  This action having been commenced on August 26, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon defendants Chet Mining Co. LLC and Chet Stojanovich, through their attorneys on November 25, 2019 pursuant to a Stipulation so ordered by the Court on December 5, 2019 (ECF Doc. #11), and the defendants' first attorneys having withdrawn from the case with permission of the Court by order dated February 7, 2020 (ECF Doc. #19), and the defendants' successor attorneys having withdrawn from the case with the permission of the Court by order dated January 22, 2021 (ECF Doc. #37), and the defendants having failed to appear through other counsel within sixty (60) days thereof as directed in said order (ECF Doc. #37), and the Clerk having issued a Certificate of Default against both defendants on May 25, 2021 (ECF Doc. #44), it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff ETHEREUM VENTURES LLC have judgment against defendants CHET MINING CO LLC and CHET STOJANOVICH, jointly and severally, in the principal amount of One Hundred Seventy-Nine Thousand Five Hundred Eighty and 00/100 Dollars ($179,580.00) with prejudgment interest from August 26, 2019 through June 4, 2021 at a rate of 9% per annum in the amount of Twenty-Eight Thousand

Six Hundred Ninety-Three and 44/100 Dollars ($28,693.44) amounting in all to **Two Hundred Eight Thousand Two Hundred Seventy-Three and 44/100 Dollars ($208,273.44)**.


So Ordered:
New York, New York

_____
Hon. Louis L. Stanton
District Judge