UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES LLC,

                Plaintiff,

-against-

CHET MINING CO LLC and CHET STOJANOVICH,

                Defendants.

**AFFIDAVIT OF SERVICE**

Civ. Action No.: 1:19-cv-7949
(LLS)

STATE OF NEW YORK        )
COUNTY OF SCHENECTADY   ) SS:.

      **KIMBERLY A. HUGGINS**, being duly sworn, depose and say that she is over the age of 18 years and that she served copies of the NOTICE OF MOTION FOR DEFAULT JUDGMENT, ATTORNEY AFFIRMATION OF BENJAMIN F. NEIDL, DECLARATION OF JOHNPAUL BARIC, PLAINTIFF'S STATEMENT OF DAMAGES and PLAINTIFF'S PROPOSED DEFAULT JUDGMENT, on the 4th day of June, 2021, upon the following:

                Chet Stojanovich
                105 Duane Street
              New York, New York 10007

                Chet Mining Co., LLC
                105 Duane Street
              New York, New York 10007

by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at Schenectady, New York directed to said attorney(s) and/or individual(s), respectively at said address(es) within the state designated by them for that purpose upon the last papers served in this action or the place where said attorney(s) and/or individual(s) then resided or kept offices, according to the best information which can be conveniently obtained.

                                              **KIMBERLY A. HUGGINS**

Sworn to before me this
4th day of June, 2021.

Notary Public-State of New York

CATHY L. DROBNY
Notary Public, State of New York
No. 01DR5051077
Qualified in Saratoga County
Commission Expires 10/23/24