

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X

ETHEREUM VENTURES, LLC,

             Plaintiff,

  - against -

CHET MINING CO LLC and CHET STOJANOVICH,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - -X

19 Civ. 7949

**DEFAULT JUDGMENT**

    This action having been commenced on August 26, 2019 by the filing of summonses and a complaint, a copy of the summonses and complaint having been served on defendants Chet Mining Co LLC and Chet Stojanovich through their attorneys on November 25, 2019 pursuant to a stipulation so ordered by this Court on December 5, 2019, this Court having ordered on January 22, 2021 that plaintiff may seek leave to move for a default judgment if defendants did not enter the appearance of successor counsel within 60 days thereof, that time having expired without defendants entering the appearance of successor counsel, and the Clerk having issued a Certificate of Default against both defendants on May 25, 2021, it is

    ORDERED, ADJUDGED AND DECREED: That plaintiff Ethereum Ventures, LLC have judgment against defendants Chet Mining Co LLC and Chet Stojanovich jointly and severally, in an amount to be determined by inquest before the designated Magistrate Judge.

Dated: New York, New York
       July 9, 2021

                                               Louis L. Stanton
                                              LOUIS L. STANTON
                                                 U.S.D.J.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/21