UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES LLC,

                Plaintiff,

-against-

CHET MINING CO LLC and CHET STOJANOVICH,

                Defendants.

**AFFIDAVIT OF SERVICE**

Civ. Action No.: 1:19-cv-7949 (LLS)

STATE OF NEW YORK        )
COUNTY OF SCHENECTADY  ) SS:.

    KIMBERLY A. HUGGINS, being duly sworn, depose and say that she is over the age of 18 years and that she served copies of the **Default Judgment issued by the Court on July 9, 2021 (ECF Doc. #51) and Magistrate Judge's Order of July 12, 2021 (ECF Doc. #53)**, on the 22nd day of July, 2021, upon the following:

                Chet Stojanovich
                105 Duane Street, Apt. 20F
                New York, New York 10007

                Chet Mining Co., LLC
                105 Duane Street, Apt. 20F
                New York, New York 10007

by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at Schenectady, New York directed to said attorney(s) and/or individual(s), respectively at said address(es) within the state designated by them for that purpose upon the last papers served in this action or the place where said attorney(s) and/or individual(s) then resided or kept offices, according to the best information which can be conveniently obtained.

                                              _____
                                              KIMBERLY A. HUGGINS

Sworn to before me this
22nd day of July, 2021.

_____
Notary Public-State of New York

Deanna M. Dudley
Notary Public, State of New York
Reg. No. 01DU6340971
Qualified in Albany County
Commission Expires May 02, 20__