UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

ETHEREUM VENTURES LLC,

                            Plaintiff,

      -against-

CHET MINING CO LLC and CHET
STOJANOVICH,

                          Defendants.

───────────────────────────────────────────

**ATTORNEY AFFIRMATION OF SERVICE BY EMAIL**

Case No.:  1:19-cv-7949 (LLS)

**BENJAMIN F. NEIDL**, an attorney admitted to practice in this Honorable Court affirms under penalty of perjury the following:

    1.    I am of counsel to the law firm E. Stewart Jones Hacker Murphy LLP, attorneys for the plaintiff in the above-captioned matter.

    2.    In accordance with the Magistrate Judge's Order of July 12, 2021 (ECF Doc. #53), on July 22, 2021 I emailed the attached cover letter, the Magistrate's Order (ECF Doc. #53) and the Default Judgment issued by the Court on July 9, 2021 (ECF Doc. #51) to defendants Chet Stojanovich and Chet Mining Co., LLC at the following email address: chet@chetminingco.com.  My office has used that email address to correspond with the defendants on several occasions, and the defendants have previously replied to emails that our office has sent to that address.

    3.    This service by email is in addition to service of hard copies of the same documents that our office made by first class mail on today's date to the defendants' most recent known mailing address, which are proven by a separate affidavit of service by mail that we have already filed (ECF Doc. #54).

1

Dated: July 22, 2021                    **E. STEWART JONES HACKER MURPHY LLP**
      Schenectady, New York

By: *[signature]*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for the Plaintiff*
200 Harborside Drive, Suite 300
Schenectady, N.Y. 12305
Tel. No.: (518) 274-5820

| | |
|---|---|
| **From:** | Ben Neidl |
| **To:** | chet@chetminingco.com |
| **Cc:** | John Harwick |
| **Subject:** | Ethereum Ventures v. Chet Mining Co. LLC and Chet Stojanovich, SDNY Civ Action No. 1:19-cv-7949 |
| **Date:** | Thursday, July 22, 2021 11:10:38 AM |
| **Attachments:** | Default Judgment and Inquest Order w cover letter.pdf |
| | image001.png |

Mr. Stojanovich:

Attached please find copies of a default judgment issued by the Court on July 9, 2021, and an Order issued by the Magistrate Judge on July 12, 2021. We have also mailed hard copies of these documents today to your address at 105 Duane Street (Apt. F) New York, N.Y.

# Ben Neidl
Attorney

200 Harborside Drive
Suite 300
Schenectady, N.Y.  12305
bneidl@joneshacker.com
www.joneshacker.com
D: (518)270-1253
O: (518)274-5820
F: (518)274-5875



July 22, 2021

**Via First Class Mail and Email**

Chet Stojanovich
105 Duane Street, Apt. 20F
New York, N.Y.  10007
Email: chet@chetminingco.com

Chet Mining Co., LLC
105 Duane Street, Apt. 20F
New York, N.Y.  10007
Email: chet@chetminingco.com

Re:   Ethereum Ventures v. Chet Mining Co. LLC and Chet Stojanovich
      United States District Court for the Southern District of New York
      Civ. Action No. 1:19-cv-7949

Dear Mr. Stojanovich:

      Enclosed for service upon you please find copies of the following: (1) a Default Judgment issued by the United States District Court for the Southern District of New York against you and Chet Mining Co. LLC on July 9, 2021; and (2) an Order issued by Magistrate Judge Katharine H. Parker on July 12, 2021 scheduling an inquest hearing in this matter.

      Sincerely,

      E. STEWART JONES HACKER MURPHY, LLP

      _____
      Benjamin F. Neidl, Esq.
      bneidl@joneshacker.com
      Direct Dial: (518) 270-1253

Encl

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
ETHEREUM VENTURES, LLC,

                Plaintiff,            19 Civ. 7949

      - against -              **DEFAULT JUDGMENT**

CHET MINING CO LLC and CHET STOJANOVICH,

                Defendants.
- - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/21

    This action having been commenced on August 26, 2019 by the filing of summonses and a complaint, a copy of the summonses and complaint having been served on defendants Chet Mining Co LLC and Chet Stojanovich through their attorneys on November 25, 2019 pursuant to a stipulation so ordered by this Court on December 5, 2019, this Court having ordered on January 22, 2021 that plaintiff may seek leave to move for a default judgment if defendants did not enter the appearance of successor counsel within 60 days thereof, that time having expired without defendants entering the appearance of successor counsel, and the Clerk having issued a Certificate of Default against both defendants on May 25, 2021, it is

    ORDERED, ADJUDGED AND DECREED: That plaintiff Ethereum Ventures, LLC have judgment against defendants Chet Mining Co LLC and Chet Stojanovich jointly and severally, in an amount to be determined by inquest before the designated Magistrate Judge.

Dated: New York, New York
       July 9, 2021

                                            Louis L. Stanton
                                            LOUIS L. STANTON
                                            U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ETHEREUM VENTURES, LLC,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2021
```

                         Plaintiff,                         **ORDER**

     -against-                                 19-CV-7949 (LLS) (KHP)

CHET MINING CO, LLC and CHET STOJANOVICH,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     This case has been referred to me to conduct an inquest on damages. (ECF No. 52.) By **August 12, 2021,** Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, if applicable, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed conclusions of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees, if applicable, and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

     **By no later than July 26, 2021**, Plaintiff shall serve a copy of the Default Judgment issued by the Hon. Louis L. Stanton in this matter, along with a copy of this Order via a method intended to ensure delivery to Defendants. Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court. Plaintiff shall also serve a copy of all papers

filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendants **by August 12, 2021**.  Plaintiff shall also file an affidavit of service with respect to its damages application papers with the Court.

Defendants shall have until **September 16, 2021** to object or otherwise respond to Plaintiff's application for damages in connection with the Default Judgment.  Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **September 23, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

Dated: July 12, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge