

**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

August 5, 2021

<u>Via ECF</u>

Honorable Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street
New York, N.Y.  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2021

Re:   Ethereum Ventures v. Chet Mining Co. LLC and Chet Stojanovich
      United States District Court for the Southern District of New York
      Civ. Action No. 1:19-cv-7949

Dear Judge Parker:

     I represent the plaintiff, Ethereum Ventures in the above-referenced matter.  An inquest hearing is scheduled before you for September 23, 2021 at 2:00 p.m.  <u>I am writing to inquire whether it is possible for the plaintiff's witness (and owner), JohnPaul Baric, to appear at that hearing virtually.</u>  Mr. Baric resides in Austin, Texas.  It is not entirely clear whether testimony will ultimately be necessary, and that will probably not become clear until after the Court has read our briefing on the damages (due August 12) and the defendants' responsive papers, if any (due September 16).  However, because of the time and expense associated with traveling from Texas, and uncertainty about whether developments with the Covid-19 Delta variant will affect travel opportunities, we are attempting to solidify our plans for September 23 early.  I consulted your Individual Practices to see whether you have any set policies on virtual appearances and did not see any, so I respectfully inquire.  Thank you.

> Plaintiff's witness may appear virtually given the circumstances set forth above.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> **Hon. Katharine H. Parker, U.S.M.J.**
> Date: August 6, 2021

Sincerely,

E. STEWART JONES HACKER MURPHY, LLP

*Benjamin F. Neidl*

_____
Benjamin F. Neidl, Esq.
bneidl@joneshacker.com
Direct Dial: (518) 270-1253

c.c.    Chet Stojanovich (via email at: chet@chetminingco.com )