# Exhibit 8

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ETHEREUM VENTURES, LLC,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2021

          Plaintiff,         **ORDER**

   -against-         19-CV-7949 (LLS) (KHP)

CHET MINING CO, LLC and CHET STOJANOVICH,

          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

   This case has been referred to me to conduct an inquest on damages. (ECF No. 52.) By **August 12, 2021,** Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, if applicable, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed conclusions of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees, if applicable, and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

   **By no later than July 26, 2021**, Plaintiff shall serve a copy of the Default Judgment issued by the Hon. Louis L. Stanton in this matter, along with a copy of this Order via a method intended to ensure delivery to Defendants. Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court. Plaintiff shall also serve a copy of all papers

filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendants **by August 12, 2021**.  Plaintiff shall also file an affidavit of service with respect to its damages application papers with the Court.

Defendants shall have until **September 16, 2021** to object or otherwise respond to Plaintiff's application for damages in connection with the Default Judgment.  Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **September 23, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

Dated: July 12, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge