# Exhibit A



Wire Transfer of Funds Notice
Outgoing Domestic Wire
Depository Account
XXXXXXXXXXXXXX0001

ETHEREUM VENTURES LLC
270 CORNERSTONE DR STE 101
CARY, NC  27519-8400

Processing Date: 4/24/2019
Time: 2:14PM

The Following Information Was Sent For: Regular Transfer of Funds

| | | |
|---|---|---|
| Originator: | ID#:   XXXXXXXXXXXXXX0001<br>ETHEREUM VENTURES LLC-<br>JOHNPAUL BARIC<br>270 CORNERSTONE DR STE 101<br>CARY, NC  27519-8400 | Wire Amount: $100,000.00<br>Wire Fee: $15.00<br>Total: $100,015.00 |
| Beneficiary: | ID#:   XXXXXXXXXXXXXX0560<br>Chet Mining LLC<br>50 West Street Suite 29A<br>NEW YORK, NY  10006 | Wire Charged To: XXXXXXXXXXXXXX0001<br>Fees Charged To: XXXXXXXXXXXXXX0001 |

IMAD:  █████████████████0024

Additional Wire Information:

Reference: ████████   Originator to Ben: Reference: #1002  Receiving Bank: 0210-0002-1 JPMORGAN CHASE BANK, NA  Branch: 111

1          Auth   BMORGAN01  Src:  FEDLINE         Verified By: SPETERSON01    Ref #:      52