# Exhibit B

| | |
|---|---|
| **From:** | Chet Stojanovich |
| **To:** | JP@miningstore.com; zac@miningstore.com |
| **Cc:** | chet@chetminingco.com |
| **Subject:** | Invoice - 1002 from Chet Mining LLC |
| **Date:** | Wednesday, April 24, 2019 1:53:51 AM |
| **Attachments:** | 1002.pdf<br>CMC_Wire_Instructions.pdf<br>statement_EthereumVentureLLC.pdf |



# Invoice #1002

Dear Ethereum Venture LLC,

Thank you for your business. Your invoice can be viewed, printed and downloaded as PDF from the link below. You can also choose to pay it online.

**INVOICE AMOUNT**

**$173,280.00**

| | |
|---|---|
| Invoice No | **1002** |
| Invoice Date | **24 Apr 2019** |
| Due Date | **24 Apr 2019** |

**VIEW INVOICE**

Regards,

Chet

Chet Mining LLC



# CHET MINING CO LLC

*The future of Crypto Mining and Miners*

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮▮
EIN ▮▮▮▮▮▮▮▮

# Invoice

# 1002

Balance Due
**$173,280.00**

Bill To
**Ethereum Venture LLC**
85 Broadway, 29th Floor, New York, NY 10006
Miningstore
6316C J Richard Dr
Raleigh, NC 27617
New York
10006 New York
U.S.A

| Invoice Date : | 24 Apr 2019 |
| Terms : | Due on Receipt |
| Due Date : | 24 Apr 2019 |
| P.O.# : | OR1-1 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Antminer S9 Miners<br>Asurion/SquareTrade 399-499 | 912.00<br>box | 6.99 | 6,374.88 |
| 2 | Discoount refunded<br>DOA 45 Days | 1.00<br>912 | -6,374.88 | -6,374.88 |
| 3 | Discoount refunded<br>Shipping tax TN<br>8664.00 included not due. | 1.00<br>912 | -9,269.61 | -9,269.61 |

| # | Task & Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4 | S9i/j 13.5 -14.5 OC Capable 190 Per Unit taxes are 5% Tarrif CA plus 9.484375% NYC, New York Sales Tax. | 912.00 | 190.00 | 173,280.00 |

|  |  |
|---|---|
| Sub Total | 164,010.39 |
| Shipping TN (9.5%) | 605.61 |
| Canadian Tariff (5%) | 8,664.00 |
| **Total** | **$173,280.00** |

1

| | |
|---|---|
| **Balance Due** | **$173,280.00** |

## Notes

Looking forward to our business, and your tax refund after st120 fill out, UPC

## Terms & Conditions

25992.00 CCANtainers Taxes minus tax refund



**WIRING INSTRUCTIONS**

**NOTE:** MUST MAKE PAYABLE TO     "**Chet Mining LLC**"

**JPMorgan Chase Bank NA**
**270 Park Avenue**
**New York, NY 10017**
**USA**

Federal Wire Routing/ABA number:
International Swift Code:

Credit to the Acc't of:     **Chet Mining LLC**

Beneficiary Address:     **50 West Street**
**Suite 29A**
**New York, NY 10006**
**USA**

Account #:

Reference:     (Insert Invoice #)

Pls make sure all charges paid by sender.



**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID :
EIN

## Statement of Accounts

01 Jan 2019 To 31 Dec 2019

**To**
**Ethereum Venture LLC**
85 Broadway, 29th Floor, New York, NY 10006
Miningstore
6316C J Richard Dr
Raleigh, NC 27617
New York
10006 New York
U.S.A

| Account Summary | |
|---|---:|
| Opening Balance | $ 0.00 |
| Invoiced Amount | $ 173,280.00 |
| Amount Paid | $ 0.00 |
| Balance Due | $ 173,280.00 |

| Date | Transactions | Details | Amount | Payments | Balance |
|---|---|---|---|---|---|
| 01 Jan 2019 | ***Opening Balance*** | | 0.00 | | 0.00 |
| 24 Apr 2019 | Invoice | 1002 - due on 24 Apr 2019 | 173,280.00 | | 173,280.00 |
| | | | **Balance Due** | | **$ 173,280.00** |