# Exhibit C

| | |
|---|---|
| **From:** | Chet Stojanovich |
| **To:** | JP@miningstore.com; zac@miningstore.com |
| **Subject:** | Payment Received by Chet Mining LLC |
| **Date:** | Friday, April 26, 2019 1:41:27 AM |
| **Attachments:** | Payment-2.pdf |



# Payment Received

Dear Ethereum Venture LLC,

Thank you for your payment. It was a pleasure doing business with you. We look forward to work together again!

## Payment Received

### $100,000.00

| | |
|---|---|
| Invoice No | **1002** |
| Payment Date | **26 Apr 2019** |

Regards,

Chet

Chet Mining LLC



## Chet Mining LLC

50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮▮▮▮
EIN ▮▮▮▮▮▮▮▮

PAYMENT RECEIPT

| | | |
|---|---|---|
| Payment Date | **26 Apr 2019** | **Amount Received** |
| Reference Number | | **$100,000.00** |
| Payment Mode | **Bank Transfer** | |

**Bill To**

**Ethereum Venture LLC**
85 Broadway, 29th Floor, New York, NY 10006
Miningstore
6316C J Richard Dr
Raleigh, NC 27617
New York
10006 New York
U.S.A

1

## Payment for

| Invoice Number | Invoice Date | Invoice Amount | Payment Amount |
| --- | --- | --- | --- |
| 1002 | 24 Apr 2019 | $173,280.00 | $100,000.00 |