# Exhibit F

Explorer > Bitcoin Explorer > Address

Search your transaction, an address or a block     USD

## Address

USD  BTC

This address has transacted 2 times on the Bitcoin blockchain. It has received a total of 5.69000000 BTC ($250,747.49) and has sent a total of 5.69000000 BTC ($250,747.49). The current value of this address is 0.00000000 BTC ($0.00).



| | |
|---|---|
| Address | 3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF |
| Format | BASE58 (P2SH) |
| Transactions | 2 |
| Total Received | 5.69000000 BTC |
| Total Sent | 5.69000000 BTC |
| Final Balance | 0.00000000 BTC |

We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.   OK

| | |
|---|---|
| Hash | 726364d6ddb2a7e496bc3eca690ab00e7d6a34f4c50f08ecc35ab8c46510b2bd |
| Date | 2019-05-11 01:27 |
| From | 3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF<br>5.69000000 BTC 🌐 |
| To | 3PaT1La58hrxDGQCKPqp4twU5jzLWoMYeG<br>0.94800000 BTC 🌐<br><br>bc1qg9vyk6s64hyhqrtpnsvadwukeh36m9rz747wgu<br>4.74181561 BTC 🌐 |
| Fee | 0.00018439 BTC<br>(74.955 sat/B - 28.065 sat/WU - 246 bytes)<br>(111.752 sat/vByte - 165 virtual bytes) |
| Amount | -5.69000000 BTC |

| | |
|---|---|
| Hash | 782d2b65d25415ff5eaeb2dec8b8d1076bc5a9ffb26522255833dd2abd672c4f |
| Date | 2019-05-10 23:58 |
| From | bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2<br>9.16993556 BTC 🌐 |
| To | 37Wg31ujDXAvNwrMhcHFwzHV2RzJfWCF3A<br>0.22479679 BTC 🌐<br><br>3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF<br>5.69000000 BTC 🌐<br><br>bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2<br>3.25494563 BTC 🌐 |
| Fee | 0.00019314 BTC<br>(75.741 sat/B - 27.870 sat/WU - 255 bytes)<br>(111.000 sat/vByte - 174 virtual bytes) |
| Amount | +5.69000000 BTC |



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.  OK

Get Started

Twitter             Instagram            Medium

Products            Resources            About

Wallet              APIs                 Team

Exchange            Status               Careers    HIRING

Learn               Open Source          Press

Explorer            Research             Prime

Markets             Privacy              Ventures

Prices              Wallet Support       Institutional

Charts              Exchange Support

                    Blog

 English

Blockchain    NMLS ID: 2024031



We use cookies to improve your user experience. By continuing onto our website,    OK
you agree to our privacy policy.

address - 3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF | Blockchain Explorer



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy. OK

https://www.blockchain.com/btc/address/3Hgzad1wjSJC1wobXnnYDvsF2Mi4moKBNF 4/4