# Exhibit G



# Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

**46,665.13** +1,358.83
**(+2.9992%)**
As of 4:46PM BST. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile

Time Period: May 10, 2019 - May 10, 2019    Show: Historical Prices

Frequency: Daily

Apply

Currency in USD    Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 11, 2019 | 6,379.67 | 7,333.00 | 6,375.70 | 7,204.77 | 7,204.77 | 28,867,562,329 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.