# Exhibit H



18th Floor, Block B  
88 Commercial Building  
28-34 Wing Lok Street  
Hong Kong, S.A.R.  
Tel: +86-186-6518-0997

## Pro Forma Invoice

**Bill To**

| | |
|---|---|
| Company: | **The Mining Store** |
| Attn: | **Scott Hancock** |
| Address: | 7-20A Sylvaire Close |
| | Sylvan Lake Alberta T4S 2H6 Canada |
| Phone: | email  scott@miningstore.com |

| | |
|---|---|
| Date | **5/28/19** |
| Invoice No. | **MineStore190528** |
| Note: | |
| Terms | **Due Now** |
| Order By | **DBJ** |

| Qty | Description | Unit Price USD | TOTAL USD |
|---|---|---|---|
| 1200 | S9J 14T | $ 405.50 | $ 486,600.00 |
| 1 | Ocean Freght to Vancouver Estimated Freight/Packaging & Processing | $ 3,800.00 | $ 3,800.00 |
| 1 | Duties Included - Canada | $ - | $ - |

**Note:** Duties, Packaging and Handling Charges are estimates only and subject to change  
Final charges will be determined upon customs clearance and delivery  
Upon confimred scheduled delivery a waiting time charge of $200 per hour after  
the first two hours. (First two hours are free)

ETH Address- 0xd996CE5De2A16F2541B9d6B61E77392E33086688  
BTC Address- 3MKz9ABhkNjQefxXqa9HJPqoeuRQMdGR73

**Notes**

*Please remit USD to*  
*DB Technology Company Limited c/o*  
*Hong Kong & Shanghai Banking Corp. LTD*  
*82-84 Nathan Road, Tsim Sha Tsui, Kowloon,*  
*Hong Kong SAR China*  
*A/C No: 817-869761-838*  
*Swift Code: HSBCHKHHHKH*

| | | | |
|---|---|---|---|
| Invoice Total USD | | $ | 490,400.00 |
| BTC* | 0 | $ 8,698.00 | $ - |
| | USD Balance | $ | 490,400.00 |

*BTC Value subject to Change.  
Value of BTC shall be locked in  
on date of order execution