# Exhibit I

Explorer >  Bitcoin Explorer > Transaction

Search your transaction, an address or a block     USD

## Summary                                                     USD | BTC

This transaction was first broadcast to the Bitcoin network on May 28, 2019 at 1:15 PM EDT. The transaction currently has 117,230 confirmations on the network. At the time of this transaction, 58.57845063 BTC was sent with a value of $507,794.69. The current value of this transaction is now $2,581,441.02. Learn more about how transactions work.

| | |
|---|---|
| Hash | 16131e54a443b78f6b6f16549d6f5be27c5835002158f5040cbe7146a0972bb4 |
| Date | 2019-05-28 13:15 |
| From | bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2<br>58.57874991 BTC |
| To | 3GiH1i1i5k8AejmJydqCC4AY7pMcCZUPDV<br>0.01000000 BTC<br><br>3MKz9ABhkNjQefxXqa9HJPqoeuRQMdGR73<br>56.59000000 BTC<br><br>bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2<br>1.97845063 BTC |
| Fee | 0.00029928 BTC<br>(116.906 sat/B - 43.124 sat/WU - 256 bytes)<br>(172.000 sat/vByte - 174 virtual bytes) |
| Amount | 58.57845063 BTC |



## Details 

We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.    OK

| | |
|---|---|
| Received Time | 2019-05-28 13:15 |
| Size | 256 bytes |
| Weight | 694 |
| Included in Block | [578215](#) |
| Confirmations | 117,230 |
| Total Input | 58.57874991 BTC |
| Total Output | 58.57845063 BTC |
| Fees | 0.00029928 BTC |
| Fee per byte | 116.906 sat/B |
| Fee per vbyte | 172.000 sat/vByte |
| Fee per weight unit | 43.124 sat/WU |
| Value when transacted | $507,794.69 |

## Inputs ⓘ

HEX  ASM

| | |
|---|---|
| Index | 0 |
| Details | Output |
| Address | bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2 📋 |
| Value | 58.57874991 BTC |
| Pkscript | OP_0<br>e0145df166b20db925a3f7492889a5eb5ff6d363 |
| Sigscript | |

We use cookies to improve your user experience. By continuing onto our website, you agree to our *privacy policy*.   OK



## Outputs

| | |
|---|---|
| Index | 0 |
| Details | Spent |
| Address | 3GiH1i1i5k8AejmJydqCC4AY7pMcCZUPDV |
| Value | 0.01000000 BTC |
| Pkscript | OP_HASH160 a4c6e5fe5dc4df5c5b2c855156c7607a030a8fed OP_EQUAL |

| | |
|---|---|
| Index | 1 |
| Details | Spent |
| Address | 3MKz9ABhkNjQefxXqa9HJPqoeuRQMdGR73 |
| Value | 56.59000000 BTC |
| Pkscript | OP_HASH160 d7684ae31bea888998f8c20a078161205737eb09 OP_EQUAL |

| | |
|---|---|
| Index | 2 |
| Details | Spent |
| Address | bc1quq29mutxkgxmjfdr7ayj3zd9ad0ld5mrhh89l2 |
| Value | 1.97845063 BTC |
| Pkscript | OP_0 e0145df166b20db925a3f7492889a5eb5ff6d363 |



We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK

Get Started

Twitter                    Instagram                   Medium

**Products**               **Resources**               **About**

Wallet                     APIs                        Team

Exchange                   Status                      Careers  HIRING

Learn                      Open Source                 Press

Explorer                   Research                    Prime

Markets                    Privacy                     Ventures

Prices                     Wallet Support              Institutional

Charts                     Exchange Support

                           Blog

  English

Blockchain    NMLS ID: 2024031



We use cookies to improve your user experience. By continuing onto our website,       OK
you agree to our *privacy policy*.

We use cookies to improve your user experience. By continuing onto our website, you agree to our privacy policy.

OK

