# Exhibit J

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus    Markets    News    ...    y!finance+    Try it free

## Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

Add to watchlist

Quote Lookup

### 46,475.34   +966.72 (+2.1243%)
As of 8:57PM BST. Market open.

Summary   Chart   Conversations   **Historical Data**   Profile




Time Period: May 27, 2019 - May 27, 2019    Show: Historical Prices

Frequency: Daily

Apply

Currency in USD    Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 28, 2019 | 8,802.76 | 8,807.02 | 8,634.72 | 8,719.96 | 8,719.96 | 24,226,919,267 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

