# Exhibit K

| A | B | C | D | E |
|---|---|---|---|---|
| hashprice in USD per TH | Date | Total Daily Revenue | Total Daily Cost | Total Daily Profit |
| 0.220218478 | 2019-09-15T00:00:00.000Z | $2,711.33 | $1,330 | $1,381.63 |
| 0.221261335 | 2019-09-14T00:00:00.000Z | $2,724.17 | $1,330 | $1,394.47 |
| 0.238928545 | 2019-09-13T00:00:00.000Z | $2,941.69 | $1,330 | $1,611.99 |
| 0.241951762 | 2019-09-12T00:00:00.000Z | $2,978.91 | $1,330 | $1,649.21 |
| 0.238980882 | 2019-09-11T00:00:00.000Z | $2,942.33 | $1,330 | $1,612.64 |
| 0.242778362 | 2019-09-10T00:00:00.000Z | $2,989.09 | $1,330 | $1,659.39 |
| 0.243385943 | 2019-09-09T00:00:00.000Z | $2,996.57 | $1,330 | $1,666.87 |
| 0.246416563 | 2019-09-08T00:00:00.000Z | $3,033.88 | $1,330 | $1,704.18 |
| 0.247175196 | 2019-09-07T00:00:00.000Z | $3,043.22 | $1,330 | $1,713.53 |
| 0.252756087 | 2019-09-06T00:00:00.000Z | $3,111.93 | $1,330 | $1,782.24 |
| 0.250927635 | 2019-09-05T00:00:00.000Z | $3,089.42 | $1,330 | $1,759.73 |
| 0.251248607 | 2019-09-04T00:00:00.000Z | $3,093.37 | $1,330 | $1,763.68 |
| 0.249520768 | 2019-09-03T00:00:00.000Z | $3,072.10 | $1,330 | $1,742.40 |
| 0.234622678 | 2019-09-02T00:00:00.000Z | $2,888.67 | $1,330 | $1,558.98 |
| 0.228123589 | 2019-09-01T00:00:00.000Z | $2,808.66 | $1,330 | $1,478.96 |
| 0.240238479 | 2019-08-31T00:00:00.000Z | $2,957.82 | $1,330 | $1,628.12 |
| 0.239487964 | 2019-08-30T00:00:00.000Z | $2,948.58 | $1,330 | $1,618.88 |
| 0.239268178 | 2019-08-29T00:00:00.000Z | $2,945.87 | $1,330 | $1,616.17 |
| 0.252693454 | 2019-08-28T00:00:00.000Z | $3,111.16 | $1,330 | $1,781.47 |
| 0.256624511 | 2019-08-27T00:00:00.000Z | $3,159.56 | $1,330 | $1,829.86 |
| 0.259129882 | 2019-08-26T00:00:00.000Z | $3,190.41 | $1,330 | $1,860.71 |
| 0.252435571 | 2019-08-25T00:00:00.000Z | $3,107.99 | $1,330 | $1,778.29 |
| 0.254870417 | 2019-08-24T00:00:00.000Z | $3,137.96 | $1,330 | $1,808.27 |
| 0.259670592 | 2019-08-23T00:00:00.000Z | $3,197.06 | $1,330 | $1,867.37 |
| 0.255888556 | 2019-08-22T00:00:00.000Z | $3,150.50 | $1,330 | $1,820.80 |
| 0.259280131 | 2019-08-21T00:00:00.000Z | $3,192.26 | $1,330 | $1,862.56 |
| 0.271421349 | 2019-08-20T00:00:00.000Z | $3,341.74 | $1,330 | $2,012.04 |
| 0.266648296 | 2019-08-19T00:00:00.000Z | $3,282.97 | $1,330 | $1,953.28 |
| 0.2633196 | 2019-08-18T00:00:00.000Z | $3,241.99 | $1,330 | $1,912.29 |
| 0.266184207 | 2019-08-17T00:00:00.000Z | $3,277.26 | $1,330 | $1,947.56 |
| 0.264648369 | 2019-08-16T00:00:00.000Z | $3,258.35 | $1,330 | $1,928.65 |
| 0.262008429 | 2019-08-15T00:00:00.000Z | $3,225.85 | $1,330 | $1,896.15 |
| 0.273558181 | 2019-08-14T00:00:00.000Z | $3,368.05 | $1,330 | $2,038.35 |
| 0.291388699 | 2019-08-13T00:00:00.000Z | $3,587.58 | $1,330 | $2,257.88 |
| 0.293036223 | 2019-08-12T00:00:00.000Z | $3,607.86 | $1,330 | $2,278.17 |
| 0.291743543 | 2019-08-11T00:00:00.000Z | $3,591.95 | $1,330 | $2,262.25 |
| 0.301271078 | 2019-08-10T00:00:00.000Z | $3,709.25 | $1,330 | $2,379.55 |
| 0.308639964 | 2019-08-09T00:00:00.000Z | $3,799.98 | $1,330 | $2,470.28 |
| 0.311013055 | 2019-08-08T00:00:00.000Z | $3,829.19 | $1,330 | $2,499.50 |
| 0.303207198 | 2019-08-07T00:00:00.000Z | $3,733.09 | $1,330 | $2,403.39 |
| 0.303681428 | 2019-08-06T00:00:00.000Z | $3,738.93 | $1,330 | $2,409.23 |
| 0.30147754 | 2019-08-05T00:00:00.000Z | $3,711.79 | $1,330 | $2,382.10 |
| 0.30420462 | 2019-08-04T00:00:00.000Z | $3,745.37 | $1,330 | $2,415.67 |
| 0.30556629 | 2019-08-03T00:00:00.000Z | $3,762.13 | $1,330 | $2,432.44 |
| 0.299104741 | 2019-08-02T00:00:00.000Z | $3,682.58 | $1,330 | $2,352.88 |
| 0.28733766 | 2019-08-01T00:00:00.000Z | $3,537.70 | $1,330 | $2,208.01 |
| 0.283397377 | 2019-07-31T00:00:00.000Z | $3,489.19 | $1,330 | $2,159.49 |
| 0.2730926 | 2019-07-30T00:00:00.000Z | $3,362.32 | $1,330 | $2,032.62 |
| 0.270816954 | 2019-07-29T00:00:00.000Z | $3,334.30 | $1,330 | $2,004.60 |
| 0.268857916 | 2019-07-28T00:00:00.000Z | $3,310.18 | $1,330 | $1,980.48 |
| 0.276354095 | 2019-07-27T00:00:00.000Z | $3,402.47 | $1,330 | $2,072.78 |
| 0.27956418 | 2019-07-26T00:00:00.000Z | $3,441.99 | $1,330 | $2,112.30 |
| 0.287774497 | 2019-07-25T00:00:00.000Z | $3,543.08 | $1,330 | $2,213.38 |
| 0.278201434 | 2019-07-24T00:00:00.000Z | $3,425.22 | $1,330 | $2,095.52 |
| 0.289453365 | 2019-07-23T00:00:00.000Z | $3,563.75 | $1,330 | $2,234.05 |
| 0.296760187 | 2019-07-22T00:00:00.000Z | $3,653.71 | $1,330 | $2,324.02 |
| 0.299054571 | 2019-07-21T00:00:00.000Z | $3,681.96 | $1,330 | $2,352.26 |
| 0.304809017 | 2019-07-20T00:00:00.000Z | $3,752.81 | $1,330 | $2,423.11 |



**Machines Purchased**: 912 Antminer S9 — **Watt per machine**: 1350

**Step 1**
In order to get the total amount of hashrate produced by the Bitcoin Mining Machines we have to multiply the machines purchased by the hashrate of each machine. This results in the Total Hashrate Figure. These specifications come from the manufacturer website.
https://shop.bitmain.com/product/detail?pid=00020161207091918413dnui27Xx06E0

**Hashrate Per Machine**: 13.5 TH — **Total Watts**: 1231200

**Step 2**
Each machine has a cost to run it each day. We calculate this cost by multiplying the watts per machine times the total amount of machines to arrive at the total watt used.

**Total Hashrate**: 12312 — **Total MW**: 1.2312 Watts/1000000

**Step 3**
Divide the total watts by 1,000,000 to get the total amount of MegaWatts or MW. This is a common power term represents 1 Million watts of power. This provides us with the constant power draw of the mining machines which is equal to 1.2312 MW's per

**Cost of Power in Iowa per MWh**: $45 — **Cost of Power Per Day**: $1,330 MW*MWH*24

**Step 4**
In order to calculate how much it costs to run the machines we have to take the cost of power at our facility in Iowa which is $45 per MWh and multiply it by the total amount of hours in a day (24) times the constant power usage calculated in Total MW's

**Cost Per Day per Machine**: $1.46

**Step 5**
hashrate and multiply it by the hashprice in USD which changes daily based on the bitcoin price and mining difficulty. This value provides the total amount of revenue received by the purchased machines. The hashprice in USD comes from a third party called hashrateindex. The hashprice is the same for all bitcoin miners globally.

**Lost Profit**: $255,036.28 — **Third Party Data Source**: https://hashrateindex.com/coins/bitc

**Step 6**
Subtract the cost of power per day from the revenue per day for each day to calculate the total lost profit.

**TimeFram**
May31st to Sept 15th 2019

| | | | | |
|---|---|---|---|---|
| 0.303806905 | 2019-07-19T00:00:00.000Z | $3,740.47 | $1,330 | $2,410.77 |
| 0.290325583 | 2019-07-18T00:00:00.000Z | $3,574.49 | $1,330 | $2,244.79 |
| 0.273726941 | 2019-07-17T00:00:00.000Z | $3,370.13 | $1,330 | $2,040.43 |
| 0.296650794 | 2019-07-16T00:00:00.000Z | $3,652.36 | $1,330 | $2,322.67 |
| 0.297274683 | 2019-07-15T00:00:00.000Z | $3,660.05 | $1,330 | $2,330.35 |
| 0.307677988 | 2019-07-14T00:00:00.000Z | $3,788.13 | $1,330 | $2,458.44 |
| 0.32578589 | 2019-07-13T00:00:00.000Z | $4,011.08 | $1,330 | $2,681.38 |
| 0.333467571 | 2019-07-12T00:00:00.000Z | $4,105.65 | $1,330 | $2,775.96 |
| 0.337453859 | 2019-07-11T00:00:00.000Z | $4,154.73 | $1,330 | $2,825.04 |
| 0.366109034 | 2019-07-10T00:00:00.000Z | $4,507.53 | $1,330 | $3,177.84 |
| 0.377303256 | 2019-07-09T00:00:00.000Z | $4,645.36 | $1,330 | $3,315.66 |
| 0.381818749 | 2019-07-08T00:00:00.000Z | $4,700.95 | $1,330 | $3,371.26 |
| 0.36578019 | 2019-07-07T00:00:00.000Z | $4,503.49 | $1,330 | $3,173.79 |
| 0.369900799 | 2019-07-06T00:00:00.000Z | $4,554.22 | $1,330 | $3,224.52 |
| 0.365421348 | 2019-07-05T00:00:00.000Z | $4,499.07 | $1,330 | $3,169.37 |
| 0.386103354 | 2019-07-04T00:00:00.000Z | $4,753.70 | $1,330 | $3,424.01 |
| 0.375712429 | 2019-07-03T00:00:00.000Z | $4,625.77 | $1,330 | $3,296.08 |
| 0.350749975 | 2019-07-02T00:00:00.000Z | $4,318.43 | $1,330 | $2,988.74 |
| 0.361871383 | 2019-07-01T00:00:00.000Z | $4,455.36 | $1,330 | $3,125.66 |
| 0.38718257 | 2019-06-30T00:00:00.000Z | $4,766.99 | $1,330 | $3,437.30 |
| 0.40270953 | 2019-06-29T00:00:00.000Z | $4,958.16 | $1,330 | $3,628.46 |
| 0.412184568 | 2019-06-28T00:00:00.000Z | $5,074.82 | $1,330 | $3,745.12 |
| 0.422672853 | 2019-06-27T00:00:00.000Z | $5,203.95 | $1,330 | $3,874.25 |
| 0.465573827 | 2019-06-26T00:00:00.000Z | $5,732.14 | $1,330 | $4,402.45 |
| 0.405658303 | 2019-06-25T00:00:00.000Z | $4,994.47 | $1,330 | $3,664.77 |
| 0.385384798 | 2019-06-24T00:00:00.000Z | $4,744.86 | $1,330 | $3,415.16 |
| 0.385046199 | 2019-06-23T00:00:00.000Z | $4,740.69 | $1,330 | $3,410.99 |
| 0.390485035 | 2019-06-22T00:00:00.000Z | $4,807.65 | $1,330 | $3,477.96 |
| 0.355483632 | 2019-06-21T00:00:00.000Z | $4,376.71 | $1,330 | $3,047.02 |
| 0.332547475 | 2019-06-20T00:00:00.000Z | $4,094.32 | $1,330 | $2,764.63 |
| 0.326638011 | 2019-06-19T00:00:00.000Z | $4,021.57 | $1,330 | $2,691.87 |
| 0.330524393 | 2019-06-18T00:00:00.000Z | $4,069.42 | $1,330 | $2,739.72 |
| 0.329625056 | 2019-06-17T00:00:00.000Z | $4,058.34 | $1,330 | $2,728.65 |
| 0.320387792 | 2019-06-16T00:00:00.000Z | $3,944.61 | $1,330 | $2,614.92 |
| 0.308533278 | 2019-06-15T00:00:00.000Z | $3,798.66 | $1,330 | $2,468.97 |
| 0.298816398 | 2019-06-14T00:00:00.000Z | $3,679.03 | $1,330 | $2,349.33 |
| 0.291539677 | 2019-06-13T00:00:00.000Z | $3,589.44 | $1,330 | $2,259.74 |
| 0.28644309 | 2019-06-12T00:00:00.000Z | $3,526.69 | $1,330 | $2,196.99 |
| 0.28085402 | 2019-06-11T00:00:00.000Z | $3,457.87 | $1,330 | $2,128.18 |
| 0.274271382 | 2019-06-10T00:00:00.000Z | $3,376.83 | $1,330 | $2,047.13 |
| 0.271861756 | 2019-06-09T00:00:00.000Z | $3,347.16 | $1,330 | $2,017.47 |
| 0.280213042 | 2019-06-08T00:00:00.000Z | $3,449.98 | $1,330 | $2,120.29 |
| 0.282747906 | 2019-06-07T00:00:00.000Z | $3,481.19 | $1,330 | $2,151.50 |
| 0.279065625 | 2019-06-06T00:00:00.000Z | $3,435.86 | $1,330 | $2,106.16 |
| 0.284995654 | 2019-06-05T00:00:00.000Z | $3,508.87 | $1,330 | $2,179.17 |
| 0.300872636 | 2019-06-04T00:00:00.000Z | $3,704.34 | $1,330 | $2,374.65 |
| 0.314624648 | 2019-06-03T00:00:00.000Z | $3,873.66 | $1,330 | $2,543.96 |
| 0.314370582 | 2019-06-02T00:00:00.000Z | $3,870.53 | $1,330 | $2,540.83 |
| 0.320230743 | 2019-06-01T00:00:00.000Z | $3,942.68 | $1,330 | $2,612.98 |
| 0.314481419 | 2019-05-31T00:00:00.000Z | $3,871.90 | $1,330 | $2,542.20 |