# Exhibit L

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Yahoo Finance Plus**   **Markets**   **News**   ···   y!finance+   Try it free

Bitcoin USD (BTC-USD)   ☆ Add to watchlist
CCC - CoinMarketCap. Currency in USD

Quote Lookup

# 44,639.52   -1,670.83 (-3.6079%)
As of 2:46PM BST. Market open.

Summary | Chart | Conversations | **Historical Data** | Profile


Get 5% back at Whole Foods Market and Amazon.com*
Learn more ›
*With an eligible Prime membership


Don't Miss Out Only 1 Left
Real Photos and Video of Cars with Real Pricing - See Your Savings Today
Lia Honda Albany    Open ›

Time Period: May 16, 2019 - May 16, 2019 ⌄        Show: Historical Prices ⌄

Frequency: Daily ⌄                                    [ Apply ]

Currency in USD                                    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 17, 2019 | 7,886.93 | 7,929.15 | 7,038.12 | 7,343.90 | 7,343.90 | 30,066,644,905 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.


yahoo!+ finance
Stay ahead of the market
Try it free*