UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ETHEREUM VENTURES, LLC,

Plaintiff,

*-against-*

CHET MINING CO., LLC and
CHET STOJANOVICH,

Defendants.

---

**AFFIDAVIT OF SERVICE**
Case No.: 19 Civ. 7949(LLS)

STATE OF NEW YORK )
)ss:
COUNTY OF SCHENECTADY )

Deanna M. Dudley, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 12th day of August, 2021, she served the within **ATTORNEY AFFIRMATION FOR INQUEST, AFFIDAVIT OF JOHN PAUL BBARIC FOR INQUEST, PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSION AND PLAINTIFF'S MEMO OF LAW** upon the following:

TO: Chet Stojanovich
Chet Mining Co., LLC
105 Duane Street, Apt. 20F
New York, N.Y. 10007
Email: chet@chetminingco.com

by depositing a true and correct copy of the same via e-mail to: chet@chetminingco.com and U.S. Mail maintained and exclusively controlled by the United States at Schenectady, New York directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

Deanna M. Dudley

Sworn to before me this
12th day of August, 2021.

Notary Public - State of New York
STEPHANIE HARRIS
Notary Public, State of New York
Qualified in Schenectady County
No.: 01LO6083461
Commission Expires on 11/12/22

STEPHANIE HARRIS
Notary Public, State of New York
Qualified in Schenectady County
No. [illegible]
Commission Expires on 11/12/[illegible]