UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ETHEREUM VENTURES LLC,

                  Plaintiff.

-against-

CHET MINING CO LLC and CHET STOJANOVICH,

                  Defendants.

**ATTORNEY AFFIRMATION OF SERVICE BY EMAIL**

Case No.: 1:19-cv-7949 (LLS)

---

**BENJAMIN F. NEIDL**, an attorney admitted to practice in this Honorable Court affirms under penalty of perjury the following:

1. I am of counsel to the law firm E. Stewart Jones Hacker Murphy LLP, attorneys for the plaintiff in the above-captioned matter.

2. In accordance with the Magistrate Judge's Order of July 12, 2021 (ECF Doc. #53), on August 12, 2021 I emailed the plantiff's inquest submission papers to defendants Chet Stojanovich and Chet Mining Co., LLC at the following email address: chet@chetminingco.com. My office has used that email address to correspond with the defendants on several occasions, and the defendants have previously replied to emails that our office has sent to that address. Specifically, on August 12, 2021, I emailed the following papers to the defendants at that address: (i) Attorney Affirmation for Inquest Submission with Exhibits dated August 12, 2021; (ii) Affidavit of JohnPaul Baric for Inquest Submission with Exhibits sworn to August 12, 2021; (iii) Plaintiff's Proposed Findings of Fact and Conclusions of Law dated August 12, 2021; and (iv) Plaintiff's Memorandum of Law for Inquest Following Default Judgment.

3. This service by email is in addition to service of hard copies of the same documents that our office made by first class mail on today's date to the defendants' most recent known mailing address, which are proven by a separate affidavit of service by mail that we have already filed (ECF Doc. #62).

Dated: August 12, 2021
      Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _____
Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for the Plaintiff*
28 Second Street
Troy, N.Y. 12180
Tel. No.: (518) 274-5820

| | |
|---|---|
| **From:** | Ben Neidl |
| **To:** | chet@chetminingco.com |
| **Subject:** | Ethereum Ventures v. Chet Stojanovich and Chet Mining Co LLC |
| **Date:** | Thursday, August 12, 2021 3:10:11 PM |
| **Attachments:** | Letter Serving Inquest Papers on Chet.pdf |
| | Attorney Affirmation (Inquest Submission).pdf |
| | Baric Affidavit (Inquest).pdf |
| | Memorandum of Law - Inquest.pdf |
| | Proposed Findings of Fact and Conclusions of Law (Inquest).pdf |
| | image001.png |

Enclosed for service upon you please find a cover letter and copies of the following papers in connection with the inquest scheduled by the Court: (1) Attorney Affirmation for Inquest Submission with Exhibits dated August 12, 2021; (2) Affidavit of JohnPaul Baric for Inquest Submission with Exhibits sworn to August 12, 2021; (3) Plaintiff's Proposed Findings of Fact and Conclusions of Law dated August 12, 2021; and (4) Plaintiff's Memorandum of Law for Inquest Following Default Judgment.

Ben Neidl
Attorney

200 Harborside Drive
Suite 300
Schenectady, N.Y.  12305
bneidl@joneshacker.com
www.joneshacker.com
D: (518)270-1253
O: (518)274-5820
F: (518)274-5875



August 12, 2021

**<u>Via First Class Mail and Email</u>**

Chet Stojanovich
105 Duane Street, Apt. 20F
New York, N.Y.  10007
Email: chet@chetminingco.com

Chet Mining Co., LLC
105 Duane Street, Apt. 20F
New York, N.Y.  10007
Email: chet@chetminingco.com

Re:   Ethereum Ventures v. Chet Mining Co. LLC and Chet Stojanovich
       United States District Court for the Southern District of New York
       Civ. Action No. 1:19-cv-7949

Dear Mr. Stojanovich:

     Enclosed for service upon you please find copies of the following papers in connection with the inquest scheduled by the Court: (1) Attorney Affirmation for Inquest Submission with Exhibits dated August 12, 2021; (2) Affidavit of JohnPaul Baric for Inquest Submission with Exhibits sworn to August 12, 2021; (3) Plaintiff's Proposed Findings of Fact and Conclusions of Law dated August 12, 2021; and (4) Plaintiff's Memorandum of Law for Inquest Following Default Judgment.

                                          Sincerely,

                                          E. STEWART JONES HACKER MURPHY, LLP

_____
Benjamin F. Neidl, Esq.
bneidl@joneshacker.com
Direct Dial: (518) 270-1253

Encl