```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ETHEREUM VENTURES, LLC,

                            Plaintiff,

       -against-

CHET MINING CO, LLC and CHET STOJANOVICH,

                           Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING INQUEST HEARING TO TELEPHONIC**

19-CV-7949 (LLS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Inquest Hearing in this matter scheduled for **Thursday, September 23, 2021 at 2:00 p.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time

    SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge