**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305 PHONE:
(518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

41 STATE STREET, SUITE 604-05
ALBANY, NY 12207
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

January 27, 2022

**Via ECF**

The Honorable Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

     Re:    *Ethereum Ventures LLC v. Chet Mining Co. LLC and Chet Stojanovich*
            Case No. 1:19-cv-07949

Dear Judge Stanton:

     This firm represents the plaintiff in the above-referenced matter. As you will recall, on July 9, 2021 you granted the plaintiff a default judgment against both defendants "in an amount to be determined by inquest before the designated Magistrate Judge." (ECF Doc. #51; *see also* ECF Doc. #52.) The default judgment application was unopposed.

     Magistrate Judge Parker conducted the inquest in September (ECF Doc. #53, #56 - #64, and #67). The defendants did not appear or oppose. On October 20, 2021 the Magistrate Judge issued a Report and Recommendation to grant the plaintiff a default judgment in the principal amount of $629,139.93 plus pre-judgment interest in the amount of $155.13 per day from August 26, 2019 through the entry of judgment (ECF Doc. #65).

     In accordance with the Court's Individual Practices, §1(F), I am writing to advise you that more than sixty (60) days have elapsed since Magistrate Judge Parker issued her Report and Recommendation. To the extent that you may find it helpful, I also enclose a proposed form of default judgment.

     Sincerely,

     E. STEWART JONES HACKER MURPHY, LLP

     *[signature]*

     Benjamin F. Neidl, Esq.
     bneidl@joneshacker.com
     Direct Dial: (518) 270-1253