ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEREUM VENTURES LLC,

                       Plaintiff.

      against-

CHET MINING CO LLC and CHET
STOJANOVICH,

                       Defendants.

**FINAL JUDGMENT**

Civ. Action No.: 1:19-cv-7949
(LLS)

The Court, having granted a default judgment in favor of the plaintiff Ethereum Ventures LLC against defendants Chet Mining Co. LLC and Chet Stojanovich on July 9, 2021 in an amount to be determined by inquest before the designated Magistrate Judge (NYSCEF Doc. #51); and

The assigned Magistrate Judge, Magistrate Judge Katharine H. Parker, having conducted an inquest on September 23, 2021 (NYSCEF Doc. #67), and upon inquest papers submitted by the plaintiff (NYSCEF Doc. #58 - #63) and;

Magistrate Judge Parker having issued a Report and Recommendation on October 20, 2021, recommending that the Court grant a default judgment in favor of the plaintiff against the defendants, jointly and severally, in the principal amount of $629,139.93 plus prejudgment interest in the amount of $155.13 per day from August 26, 2019 through the entry of judgment;

Now, therefore, it is

ORDERED, ADJUDGED AND DECREED that the Court accepts and adopts the Magistrate Judge's Report and Recommendation (ECF Doc. #65); and it is further

ORDERED, ADJUDGED AND DECREED: That the plaintiff ETHEREUM VENTURES LLC have judgment against defendants CHET MINING CO LLC and CHET STOJANOVICH,

1

jointly and severally, in the principal amount of SIX HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED THIRTY-NINE and 93/100 ($629,139.93) Dollars plus prejudgment interest in the amount of $155.13 per day from August 26, 2019 through the entry of this judgment, amounting to $ 135,673.18 in pre-judgment interest, and amounting in all to a grand total of $ 764,813.11 (principal and prejudgment interest).

So Ordered.

Dated: New York, New York
January 28, 2022

*Louis L. Stanton*

Hon. Louis L. Stanton
District Judge

2